**Dismissed and Memorandum Opinion filed May 10, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00196-CV

**DON GOVERNALE, Appellant**

**V.**

**HARDIE'S FRUIT AND VEGETABLE CO., LP AND HARDIE'S FRUIT AND VEGETABLE CO.- HOUSTON, LP, Appellees**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2016-07945**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 1, 2016. The notice of appeal was filed March 7, 2016. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On April 7, 2016, this court ordered appellant to pay the appellate filing fee on or before April 22, 2016, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jamison.